■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER HAJDARI, Appellant. [680 NYS2d 879] —Appeal by the defendant from a judgment of the County Court, Nassau County (Jonas, J.), rendered May 8, 1996, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). The defendant has raised no nonfrivolous issues in his supplemental *pro se* brief. Rosenblatt, J. P., O'Brien, Sullivan, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND HENGEVELD, Appellant. [682 NYS2d 399] —Appeal by the defendant from a judgment of the County Court, Nassau County (Cotter, J.), rendered September 15, 1997, convicting him of rape in the third degree and endangering the welfare of a child, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of those branches of the defendant's omnibus motion which were to suppress identification testimony and physical evidence.

Ordered that the judgment is affirmed, and the matter is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5).

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Copertino, J. P., Sullivan, Krausman and Florio, JJ., concur.